UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:03CV47-V

| | |
|---|---|
| JOHN BOYLE & COMPANY, INC., <br>     Plaintiff, <br><br>     vs. <br><br><br> FRANK J. FASANO, <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> )     **O R D E R** <br> ) <br> ) <br> ) <br> ) <br> ) |

**THIS MATTER** is before the Court on its own motion for a continuance of the trial in this matter from the 7 November 2005 term in the Statesville Division.

**IT IS, THEREFORE, ORDERED** that this case is hereby continued from 7 November 2005 to the 6 March 2006 term in the Statesville Division.

Signed: 24 October 2005

Richard L. Voorhees
United States District Judge