IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL DOCKET NO.: 5:03CV47-V

| | |
|---|---|
| JOHN BOYLE & COMPANY, INC., ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| FRANK J. FASANO, ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** is before the Court on its own motion. This civil action is currently scheduled for trial during the March 2006 Statesville Division term of court, which commences with Calendar Call on March 6, 2006. However, the Court is presently considering a motion for summary judgment pursuant to Fed. R. Civ. P. 56 submitted by Defendant Fasano. For this reason, all pretrial filing deadlines will be suspended pending a ruling from the Court.

In the event a written ruling resolving Defendant's motion for summary judgment is not issued in advance of the March 6, 2006 Calendar Call, the parties shall appear at Calendar Call for purposes of a brief status conference and / or selecting a date certain for the commencement of the trial in this matter.

**IT IS, THEREFORE, ORDERED** that all pretrial filing obligations are hereby temporarily **SUSPENDED** pending a ruling from the Court.

Signed: February 7, 2006

Richard L. Voorhees
Chief United States District Judge